UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>L & D INSTALLERS,<br><br>Respondents. | Civil Action No. 08-cv-2845 (PGS)<br><br>**JUDGMENT & ORDER CONFIRMING ARBITRATION AWARD AGAINST L & D INSTALLERS** |

**SHERIDAN, U.S.D.J.**

THIS MATTER having come before the Court by Kroll Heineman Giblin, LLC (James Monica, Esq., appearing) attorneys for Petitioners, and on notice to attorneys for Respondent who has not entered an appearance, pursuant to a Motion to Confirm an Arbitration Award; and this Court having considered the moving papers of Petitioner, and no objections having been made, and for good and sufficient cause shown;

IT IS on this 7th day of October, 2008,

ORDERED that this Court's order of October 2, 2008 is hereby vacated; and it is further

ORDERED that the Award and Order of April 25, 2008 shall be and is hereby confirmed, and it is further

ORDERED that Judgment in the amount of $10,698.53 is entered against L & D Installers in accordance therewith.

_____
PETER G. SHERIDAN, U.S.D.J.

October 7, 2008